1
2
3
4
5
6
7
8
9
10

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

11

RODERIC A. CARUCCI and SUZANNE
CARUCCI,

12

Plaintiffs,

13

vs.

14

BANK OF AMERICA HOME LOANS
SERVICING, LP, a/k/a BAC HOME LOANS
SERVICING LP, a foreign limited partnership;
RECONTRUST COMPANY, N.A., a foreign
entity; DOE LOCAL LOCKSMITH, a Nevada
entity of unknown type and identity; DOE
LOCAL YARD MAINTENANCE SERVICE , a
Nevada entity of unknown type and identity;
DOES 1 through 10, inclusive,

15
16
17
18
19

Defendants.

20

CASE NO.        3:09-cv-691

〉 ORDER TO
**DISMISS**

21        Plaintiffs   RODERIC   A.   CARUCCI   and   SUZANNE   CARUCCI   and

22   Defendants BANK OF AMERICA HOME LOANS SERVICING, LP a/ka/a BAC HOME

23   LOANS SERVICING LP, and RECONTRUST COMPANY, N.A., by and through their

24   undersigned counsel, hereby stipulate that the above-entitled matter be dismissed with

25   prejudice in its entirety, each party to bear its own fees and costs.

26   / / /

27   / / /

28

DMWEST #7688278 v1

1    Trial has not been set in this matter, however, oral arguments for Plaintiffs'' Motion

2  to Remand have been set for July 9, 2010. All parties additionally stipulate to the

3  vacation of the July 9, 2010 oral arguments.

4    DATED this 6th day of July, 2010.

5  LAW OFFICES OF RODERIC CARUCCI        BALLARD SPAHR LLP

6

7    /s/ Roderic Carucci            /s/ Daniel H. Stewart
   RODERIC A. CARRUCI            STANLEY W. PARRY
   Law Offices of Roderic Carruci        Nevada Bar No. 1417
8  702 Plumas St.                DANIEL H. STEWART
   Reno, NV 89509                Nevada Bar No. 11287
9                      100 North City Parkway. Suite 1750
                      Las Vegas, Nevada 89106
   *Plaintiff and attorney for Plaintiffs*
10

11                      *Attorneys for Defendants Countrywide
                      Home Loans, Inc., and Federal National
                      Mortgage Association*
12

13                      IT IS SO ORDERED.

14

15                      _____
                      U.S. DISTRICT COURT JUDGE
16                      DATED: 07-09-2010

17  Submitted by:

18  BALLARD SPAHR LLP

19

20    /s/  Daniel Stewart
   STANLEY W. PARRY
   Nevada Bar No. 1417
21  DANIEL H. STEWART
   Nevada Bar No. 11287
22  100 North City Parkway, Suite 1750
   Las Vegas, Nevada  89106
23

   *Attorneys for Defendants Countrywide Home
24  Loans, Inc., and Federal National Mortgage
   Association*
25

26

27

28

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY. SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

DMWEST #7688278 v1                    2